

# Fourth Court of Appeals
## San Antonio, Texas

January 31, 2023

No. 04-22-00848-CV

**IN THE INTEREST OF S.P. AND H.P., CHILDREN**

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-00618
Honorable Angelica Jimenez, Judge Presiding

# O R D E R

Appellant's motion to reconsider our January 19, 2023 order is DENIED.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of January, 2023.



_____
MICHAEL A. CRUZ, Clerk of Court